UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jaycob Tyler Kutzera PLAINTIFF(S)

v.

DEFENDANT(S).

CASE NUMBER: ED17-0323M
CR-17-48-GF-BMM

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

FILED 2017 JUN 30 PM 12:17 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY___

The above-named defendant was charged by: __US District Court__
in the _____ District of __Montana, Great Falls__ on __6/28/2017__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __4/3, 4/8, 4/11, 7/10, 7/11, 7/12, 10/1/2016__
in violation of Title __18 USC 2251(a)__ U.S.C., Section(s) __Sexual Exploitation of a Child__
to wit: _____

A warrant for defendant's arrest was issued by: __US District Court, Dist. of Montana, Great Falls Division__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __6/30/2017__, by
_____, Deputy Clerk.

_Signature of Agent_

__Dayna Roelfs__
Print Name of Agent

__Homeland Security Investigations__
Agency

__Special Agent__
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT