FILED
2017 JUN 30 PM 12:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
RIVERSIDE
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: ED17-0323M |
|---|---|---|
| | PLAINTIFF | CR-17-48-GF-BMM |
| V. | | |
| Jaycob Tyler Kutzera | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/30/2017   ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 2251(a) - Sexual Exploitation of Children

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1993

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Pamela Pozo

10. Remarks (if any): _____

11. Name: Jonathan Ruiz   (please print)

12. Office Phone Number: 909 386 3264   13. Agency: HSI

14. Signature: _____   15. Date: 6/30/2017

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION