UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2017
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

| UNITED STATES OF AMERICA, PLAINTIFF v. Jacob Kriger DEFENDANT. | CASE NUMBER: ED17-0323M <br><br>**WAIVER OF RIGHTS** <br> **(OUT OF DISTRICT CASES)** |
|---|---|

I understand that charges are pending in the _____ District of __Montana__ alleging violation of __18 USC 2251(a)__ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
(1)  have an identity hearing to determine whether I am the person named in the charges;
(2)  arrival of process;

-Check one only-

[X]  **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3)  have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4)  request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

[ ]  **PROBATION OR SUPERVISED RELEASE CASES:**
(3)  have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

[X]  have an identity hearing
[X]  arrival of process
[ ]  have a preliminary hearing
[X]  have an identity hearing, and I have been informed that I have no right to a preliminary hearing
[ ]  have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: __6/30/17__

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter (if required)

M-14 (09/09)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)