FILED
JUN 30 2017
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. Jaycob Kutzera DEFENDANT/MATERIAL WITNESS, | CASE NUMBER 5017-0323M AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
|---|---|

Having been ordered by the Court on  6/30/17  to take third-party custody of  Jaycob Kutzera , I, Joseph Vergilio  agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
Signature of Third-Party Custodian (Person or Organization)

Step Father
Relationship to Defendant/Material Witness

_____
Address (only if the above is an organization)

_____
City and State only

760 912-1353
Telephone Number

Date: 6-30-2017

CR-31 (03/15)  AFFIDAVIT OF THIRD-PARTY CUSTODIAN