FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. Jaycob Kurzer DEFENDANT/MATERIAL WITNESS, | CASE NUMBER 2017-0323M AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
|---|---|

Having been ordered by the Court on __6/30/17__ to take third-party custody of __Jaycob Kurzer__, I, __Susan Vergilio__ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_Susan Vergilio_
Signature of Third-Party Custodian (Person or Organization)

_mother_
Relationship to Defendant/Material Witness

Address (only if the above is an organization)

City and State only

760-885-3189
Telephone Number

Date: __6-30-17__