FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                           PLAINTIFF<br>v.<br><br>*Spycul Kuszeca*<br>                           DEFENDANT. | CASE NUMBER:<br><br>2017-0 2323 m<br><br>**DECLARATION RE PASSPORT AND<br>OTHER TRAVEL DOCUMENTS** |
| --- | --- |

I, ___*Spycul Kuszeca*_____, declare that
*(Defendant/Material Witness)*

☐  I have never been issued any passport or other travel document by any country.  I will not apply for a passport or other travel document during the pendency of this case.

☐  I have been issued a passport or other travel document(s).  I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☑  I am unable to locate my passport(s) or other travel document(s).  If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency.  I will not apply for a passport or other travel document during the pendency of this case.

☐  My passport and all other travel documents issued to me are in the possession of federal authorities.  If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency.  I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __30th__ day of __June_____, 20 __17___
at __Riverside , CA_____
                 *(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and
languages.  I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____

_____
*Interpreter*